IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **C. DOUG FYKE,** | ) |
| | ) |
|       **Petitioner,** | ) |
| | ) |
| vs. | )   CIVIL NO. 04-747-GPM |
| | ) |
| **GREGORY LAMBERT, in his Official** | ) |
| **Capacity as Warden,** | ) |
| | ) |
|       **Respondent.** | ) |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**. This action came before the Court on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's March 14, 2006 Memorandum and Order, Magistrate Judge Proud's Report and Recommendation (Doc. 24) is **ADOPTED** and the petition for writ of habeas corpus is **DENIED**. This action is **DISMISSED on the merits**.

      **DATED**: 03/14/06

                                                              NORBERT G. JAWORSKI, CLERK

                                                              By: s/ Linda M. Cook
                                                                         Deputy Clerk

APPROVED: s/ G. Patrick Murphy
                    G. PATRICK MURPHY
                    CHIEF U.S. DISTRICT JUDGE